AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 OCT 20 AM 9:13

CLERK-ALBUQUERQUE

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No.
Storage Unit 2311 located at 6401 Central NE, )
Albuquerque, NM 87108 )
) 16mr755

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Mexico___
*(identify the person or describe the property to be searched and give its location)*:
See attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before  __10/28/16__
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __10/__/16  1:55pm__    _____
                                                Judge's signature

City and state:  __Albuquerque, NM__    United States Magistrate Judge Steven C. Yarbrough
                                         *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 16 mr 755 | Date and time warrant executed: 10/18/16  2:50 pm | Copy of warrant and inventory left with: in storage unit |
| Inventory made in the presence of: Inspector Stephanie Herman | | |

Inventory of the property taken and name of any person(s) seized:

- Misc. Documents
- Misc. ID's
- misc. gift cards
- misc. mail
- 1 Sandisk thumbdrive
- 1 Samsung tablet
- 1 Windows tablet
- 4 memory cards - 2 Sandisk 8GB, 1 Sandisk 4GB, 1 Dane-Elec 4GB
- 1 LG phone - white - cracked screen
- 1 LG phone - black - cracked screen
- 1 HTC phone
- 1 Samsung Galaxy SII
- 1 Samsung Galaxy S
- 1 Samsung model SCH-I535U - Blue
- 1 Apple iPhone

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/19/16

_____
Executing officer's signature

Ryan Calvert  US Postal Inspector
Printed name and title

## ATTACHMENT A

The storage unit is a U-Haul facility located at 6401 Central NE, Albuquerque, NM 87108. The storage unit is in the storage building on the west side of the property and is on the interior of this building. The door to the storage unit faces east and is orange in color, with "2311" on the door. There is one lock on the unit, a round silver key lock that was put there by the renter. 6401 Central NE, Albuquerque, NM 87108 is located on the north side of Central Ave. The search of this location shall be only be inside Storage Unit 2311.

**ATTACHMENT B**

1. Mail matter not belonging to JoAnn Bell located at the storage unit 2311 located at 6401 Central NE, Albuquerque, NM 87108;

2. Documents, records, notes, data, and computer logs bearing identifying information including but not limited to names, addresses, date of birth, Social Security numbers, driver license numbers, employment information, phone numbers, relatives, and references not belonging to JoAnn Bell;

3. Any and all stolen, counterfeit, and/or fraudulently obtained identification documents, including but not limited to driver licenses and identification cards;

4. Any and all materials used to alter identification documents or produce counterfeit identification documents, including but not limited to digital cameras, computers, storage devices, scanners, printers, signature pads, laminators, card stock, and New Mexico holograms;

5. Any and all materials used to make counterfeit checks including but not limited to computers, storage devices, scanners, printers, signature pads, check stock, ink, and check writing software;

6. Any and all financial instruments;

7. Any and all materials including but not limited to letters, correspondence, journals, records, notes, data and computer logs bearing victim information and/or other information not belonging to JoAnn Bell related to or pertaining to, identity theft, bank fraud, access device fraud, mail fraud, and conspiracy;

8. Any and all items that can be positively associated with mail matter that is addressed to any person other than the individual renting Storage Unit 2311 located at 6401 Central NE, Albuquerque, NM 87108;

9. Any and all written or printed material which provides instructions or examples concerning the operation of the computer systems, computer software and/or any related device, and sign-on passwords, encryption codes or other information needed to access the computer system and/or software programs;

10. Any Arrow Keys or counterfeit keys that can be used to open mailboxes;

11. Pry bars and or screw drivers, which can be used to pry open mailboxes;

12. Fishing devices that can be used to steal mail out of collection boxes;